UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 11-173(3) (MJD/JJK)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER ON** |
| ) | **DEFENDANT'S MOTION** |
| v. ) | **FOR RETURN OF** |
| ) | **PROPERTY** |
| IWABI NEPHEW OYENOWO, ) | |
| ) | |
| Defendant. ) | |

Defendant Iwabi Nephew Oyenowo has filed a motion with this Court [Docket No. 182] seeking the return of certain property which is in the possession of the Government. Defendant seeks the return of:

- A Nigerian passport;

- A copy of a marriage certificate;

- Birth certificates for three (3) children;

- Family pictures;

- A Dell laptop computer and printer;

- An Apple iPod;

- An HTC cellular telephone;

- A Canon camera; and

- A black hat.

The United States has responded to the defendant's Motion and has stated it does not object to the Court granting the Motion.

1

**IT IS THEREFORE ORDERED THAT:**

1. Defendant's Motion for Return of Property [Docket No. 182] is **GRANTED**.

2. The United States shall return to Defendant the property specified above. Assistant United States Attorney John Docherty shall assist Defendant or his counsel by facilitating the return of the specified property. Upon receiving the property, Defendant or his counsel shall execute a receipt acknowledging the property's return.

Dated:   September 15, 2014               s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          Chief Judge of District Court